# United States District Court
## Middle District of Pennsylvania (Williamsport)
### CRIMINAL DOCKET FOR CASE #: 4:19-cr-00155-MWB-2

| | |
|---|---|
| Case title: USA v. Barlow et al | Date Filed: 05/09/2019 |

Assigned to: Honorable Matthew W. Brann

**Defendant (2)**

| | | |
|---|---|---|
| Matthew Thomas Barlow | represented by | Gerald A. Lord<br>Federal Public Defender's Office<br>330 Pine Street<br>Suite 302<br>Williamsport, PA 17701<br>570-323-9314<br>Email: gerald_lord@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: CJA Appointment |

| Pending Counts | Disposition |
|---|---|
| POSSESSING CONTRABAND IN PRISON (18:1791)<br>(3) | |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | George J. Rocktashel<br>U.S. Attorney's Office<br>Federal Building<br>240 W. Third St.<br>Suite 316<br>Williamsport, PA 17701<br>570-326-1935 |

| | | |
|---|---|---|
| 08/09/2019 | 24 | NOTICE OF HEARING as to Matthew Thomas Barlow - Change of Plea Hearing scheduled for 8/16/2019 at 11:00 AM in Williamsport - Courtroom 1 before Honorable Matthew W. Brann. Signed by deputy clerk on 8/9/2019. (jr) (Entered: 08/09/2019) |
| 08/16/2019 | 30 | Motion to Withdraw Plea of Not Guilty as to Matthew Thomas Barlow. ORDER granting motion. GUILTY PLEA ENTERED as to count 3 of the indictment. Signed by Honorable Matthew W. Brann on 8/16/2019. (jr) (Entered: 08/16/2019) |
| 08/16/2019 | 31 | Order of Referral to Probation for Presentence Investigation and Report. The Court accepts the plea of guilty to Count 3 of the Indictment; the USPO shall conduct a PSI and prepare a PSR. A PSC may be scheduled by separate Order, if necessary. Signed by Honorable Matthew W. Brann on 8/16/2019. (jr) (Entered: 08/16/2019) |
| 08/16/2019 | 32 | ORDER as to Matthew Thomas Barlow: A presentence conference in this case will be scheduled, if necessary, after both parties have reviewed and responded to the Presentence Report. (See Order for further details.) Signed by Honorable Matthew W. Brann on 8/16/2019. (jr) (Entered: 08/16/2019) |
| 08/20/2019 | 34 | COURT REPORTER NOTES re Matthew Thomas Barlow filed by Lori A. Fausnaught, RMR/CRR of change of plea before Judge Matthew W. Brann on August 16, 2019. In accordance with 28 U.S.C. Section 753(b), I certify that these original notes are a true and correct record of proceedings in the United States District Court for the Middle District of PA before Judge Matthew W. Brann on August 16, 2019. By s/ Lori A. Fausnaught, RMR/CRR. (Court Reporter Notes are viewable by court staff only). (Fausnaught, Lori) (Entered: 08/20/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/19/2020 09:15:21 | | | |
| PACER Login: | us3753:2653133:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 4:19-cr-00155-MWB |
| Billable Pages: | 2 | Cost: | 0.20 |